ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 OCT 23 AM 11: 10
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JAMES L. PACK | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. 04-CV-188 (LGW) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The above-styled action having been settled by and between plaintiff JAMES L. PACK and defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and the parties having consented to the entry of this order by and through their undersigned counsel of record;

IT IS HEREBY ORDERED that the complaint of plaintiff and the counterclaim of defendant shall be, and the same hereby are, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(ii) and (c). Each party shall bear his/its own costs and expenses of litigation.

SO ORDERED this 23 day of October, 2007.

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE


Consented to by:

_____
Charles C. Stebbins, III
Georgia Bar No. 677350

Attorney for Plaintiff

WARLICK TRITT STEBBINS &
    HALL, LLP
1500 First Union Bank Building
699 Broad Street
P.O. Box 1495
Augusta, Georgia 30903-1495
(706) 722-7543 - *Telephone*
(706) 722-1822 - *Facsimile*

_____
Michael A. Coval
Georgia Bar No. 190730

_____
Andrea K. Cataland
Georgia Bar No. 116282

Attorneys for Defendant

SMITH MOORE LLP
1201 West Peachtree Street
One Atlantic Center, Suite 3700
Atlanta, Georgia 30309
(404) 658-9220 - *Telephone*
(404) 658-9726 - *Facsimile*


# SMITH MOORE LLP
ATTORNEYS AT LAW

October 16, 2007

*Via Regular Mail*

Clerk of Court
United States District Court
Southern District of Georgia
Augusta Division
600 James Brown Boulevard
Augusta, Georgia 30901

    Re: *James L. Pack v. Wal-Mart Associates' Health and Welfare Plan and Hartford Life and Accident Insurance Company*
U.S. District Court -Southern District of Georgia, Augusta Division
Civil Action File No. 04-CV-188

Dear Clerk:

Enclosed please find the original and two copies of the *Stipulation of Dismissal With Prejudice*, which has been signed by counsel on behalf of the parties in the above-referenced action. Please file the original and return a file-stamped copy to me in the self-addressed, stamped envelope I have provided.

    Very truly yours,

    *Andrea K. Cataland*

    Andrea K. Cataland

AKC:mjm
Enclosures
cc:    Charles C. Stebbins, Esq.
    Mark C. Wilby, Esq.
    Michael A. Coval, Esq.

Direct 404.965.4928 | Fax 404.962.1257 | andrea.cataland@smithmoorelaw.com
One Atlantic Center 1201 West Peachtree Street Suite 3700 Atlanta, GA 30309 404.962.1000 www.smithmoorelaw.com
Atlanta    Charlotte    Greensboro    Raleigh    Wilmington